**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Diane Marks,

Plaintiff,

v.

Trans Union LLC, et al.,

Defendants.

Case No. 2:25-cv-01316-GMN-BNW

**ORDER**

In early February, this Court ordered Plaintiff to complete the USM-285 forms for Defendants and return them to the United States Marshals Service by March 4, 2026. ECF No. 3. The summonses were recently returned as unexecuted because the USMS did not receive the completed USM-285 forms. ECF No. 10. Plaintiff moved to extend her time to return the USM-285 forms. ECF No. 11. While this Court cannot extend Plaintiff's time to return the USM-285 forms because the summonses have already been returned as unexecuted, it will grant her request to the extent it will give Plaintiff one last opportunity to effect service on Defendants. Plaintiff is directed to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that Plaintiff's motion at ECF No. 11 is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to Experian, Trans Union, Equifax, CarMax, and Bridgecrest; (2) deliver the summonses along with five copies of the complaint (ECF No. 1-1) and a copy of this Order to the U.S. Marshal for service; and (3) mail Plaintiff five blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in each defendant's last-known address so that they may be served.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **April 14, 2026,** to fill out the required USM-285 forms and send them to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).


DATED: March 24, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE