GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
E-mail:  gmarina@clarkhill.com

Attorneys for Defendant,
Equifax Information Services LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE MARKS,<br><br>                Plaintiff,<br><br>Vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,  EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CARMAX BUSINESS SERVICES LLC, BRIDGECREST ACCEPTANCE COPORATION<br><br>                Defendants. | Case No. 2:25-cv-01316-GMN-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Diane Marks and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

///

///

///

///

Plaintiff and Defendant Equifax have agreed that each party will bear its own attorneys' fees and costs.

Respectfully submitted this 14th day of May 2026.

___/s/ Diane Marks_____
Diane Marks
1501 Rock Springs Dr
#201
Las Vegas, NV 89128
*Pro Se Plaintiff*

/s/ *Gia N.Marina*
Gia N. Marina, Esq.
Nevada Bar No. 115276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive
Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant
Equifax Information Services LLC*

**IT IS ORDERED** that the Stipulation is **GRANTED**

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only.

**IT IS SO ORDERED.**

DATED: May 14, 2026

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE