**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Diane Marks,

Plaintiff,

v.

Trans Union LLC, et al.,

Defendants.

Case No. 2:25-cv-01316-GMN-BNW

**ORDER**

Before this Court is Plaintiff's motion for the issuance of a summons for Defendant Bridgecrest Acceptance Corporation. ECF No. 44. The motion (ECF No. 44) is GRANTED.

**IT IS ORDERED** that the Clerk of Court is kindly directed to: (1) issue a summons to Bridgecrest Acceptance Corporation; (2) deliver the summons along with one copy of the First Amended Complaint (ECF No. 43) to the U.S. Marshal for service; and (3) mail Plaintiff one blank copy of Form USM-285. Once Plaintiff receives the USM-285 form, she must fill in the defendant's last-known address so that the defendant may be served.

**IT IS FURTHER ORDERED** that Plaintiff shall have until August 28, 2026, to send the U.S. Marshal the required Form USM-285. Within 21 days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: August 11, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE