MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

ALXIS K. RODIS, ESQ. (*pro hac vice*)
E: AKRodis@venable.com
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410.244.7865

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE MARKS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC, CARMAX BUSINESS SERVICES, LLC, BRIDGECREST ACCEPTANCE CORPORATION<br><br>Defendants | Case No. 2:25-cv-01316-GMN-BNW<br><br>**STIPULATED REQUEST FOR PARTIES TO APPEAR AT NOVEMBER 17 HEARING BY SIMULTANEOUS AUDIOVISUAL TRANSMISSION EQUIPMENT** |

Plaintiff DIANE MARKS ("Plaintiff") proceeding *pro se* and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") by and through their attorneys of record, hereby submit this stipulated request to allow all parties and their respective counsel to appear via Simultaneous Audiovisual Transmission Equipment (Remote Means) for the Hearing on Plaintiff's Motion for Protective Order [ECF No. 63] and Experian's Motion to Compel [ECF No. 64] that is scheduled for Tuesday, November 17, 2026 at 11:00 a.m. [ECF No. 67.]

1. Pursuant to the Court's Order, all parties and their counsel must appear for the November 17 hearing in LV Courtroom 3B. [ECF No. 67.] Good cause exists in support of the request as provided below.

2. Experian is represented by Inku Nam, Esq. of O'Hagan Meyer PLLC acting in the capacity of local counsel and Alxis K. Rodis, Esq. of Venable LLP who is located in Baltimore, Maryland. Ms. Rodis will be presenting arguments for both motions on November 17.

3. Plaintiff resides in Las Vegas, Nevada, but frequently travels for work. Plaintiff is currently scheduled to be traveling for work on November 17.

4. The parties respectfully request that this Court authorize all parties and their counsel to appear remotely (via Zoom) for the November 17 hearing.

5. Good cause exists for requesting such accommodation, as Plaintiff and counsel for Defendant Experian is unable to appear in person due to pre-existing scheduling conflicts.

6. Furthermore, given the significant time and cost to both Plaintiff and Experian's counsel to appear in-person given their geographic locations, Plaintiff and Experian respectfully request that this Court authorize remote appearances appear (via Zoom) for the November 17 hearing.

7. Permitting the Parties to appear remotely will not prejudice any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties respectfully request that this Honorable Court grant this request and allow all Parties to appear remotely (via Zoom) at the November 17 hearing that is scheduled for Tuesday, November 17, 2026 at 11:00 a.m. [ECF No. 67.]

*/s/ Diane Marks*
Diane Marks
dianeelainemarks@gmail.com
1501 Rock Springs Dr., Apt 201
Las Vegas, NV 89128
(702) 401-3925

*Plaintiff Pro Se*

*/s/ Inku Nam*
Marcus J. Lee
Nevada Bar No. 15769
MLee@ohaganmeyer.com
Inku Nam
Nevada State Bar No. 12050
INam@ohaganmeyer.com
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
725-286-2801

Alxis K. Rodis
*Pro Hac Vice*
AKRodis@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
410-244-7865

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**Prior to the hearing, Courtroom Administrator Elvia Garcia (elvia_garcia@nvd.uscourts.gov) will email the parties a Zoom link.**

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed a true and accurate copy of the foregoing **STIPULATED REQUEST FOR PARTIES TO APPEAR AT NOVEMBER 17 HEARING BY SIMULTANEOUS AUDIOVISUAL TRANSMISSION EQUIPMENT** was filed with the Clerk of Court using the CM/ECF electronic filing system. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Diane Marks
1501 Rock Springs Dr, Apt 201
Las Vegas, NV 89128
dianeelainemarks@gmail.com
*Pro se Plaintiff*

By: */s/ Krystal Williams*
An Employee of
O'HAGAN MEYER PLLC