**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Diane Marks,

Plaintiff,

v.

Trans Union LLC, et al.,

Defendants.

Case No. 2:25-cv-01316-GMN-BNW

**ORDER**

Before this Court is pro se Plaintiff Diane Marks's motion for a protective order. ECF No. 63. Defendants Experian Information Solutions, Inc. and Trans Union LLC opposed. ECF Nos. 65, 70. Plaintiff did not reply. For the reasons below, the motion is denied.

Plaintiff asks for two things. First, she asks that she not be required to respond by October 19, 2026, to the "supplemental discovery responses" Experian requested on October 16, 2026. Second, she asks that her deposition, which Trans Union noticed for October 19, 2026, not go forward on that date.

The request as to Experian is moot. The October 19, 2026, date has passed, and Experian has since filed a motion to compel, ECF No. 64, which raises the sufficiency of Plaintiff's responses. This Court will resolve that motion at the hearing set for November 17, 2026.

The request that Plaintiff not appear for her deposition on October 19, 2026, is likewise moot because that date has passed. But Plaintiff's deposition must still go forward. Plaintiff did not argue that Trans Union may not depose her at all; she objected to the date, and she previously offered to provide alternative dates. Accordingly, Plaintiff must meet and confer with Trans Union within seven days of the date of this order to identify dates for her deposition.

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that Plaintiff's motion for a protective order (ECF No. 63) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff must meet and confer with Defendant Trans Union LLC within seven days of the date of this order to identify dates for her deposition.

**IT IS FURTHER ORDERED** that the hearing set for November 17, 2026, *for this motion* is **VACATED**. The hearing on that date will still go forward on Experian's motion to compel (ECF No. 64).

DATED: November 16, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE